**Joe Henry BANDY, III**
**Plaintiff-Appellant**

v.

**COMMISSIONER OF CORRECTION;**
**Jeff Peterson; Craig Oseland**
**Defendants-Appellees**

**No. 16-2182**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 18, 2017

Filed: April 21, 2017

Joe Henry Bandy, III, Pro Se

Rachel Bell, Assistant Attorney General, Attorney General's Office, Saint Paul, MN, for Defendants-Appellees

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

**PER CURIAM.**

Joe Bandy, a civilly committed detainee at the Minnesota Sex Offender Program, appeals following the district court's [1] adverse grant of judgment on the pleadings in his 42 U.S.C. § 1983 action. Upon careful consideration of Mr. Bandy's appellate arguments and the district court record, see McIvor v. Credit Control Servs., Inc., 773 F.3d 909, 912-13 (8th Cir. 2014) (reviewing de novo grant of judgment on the pleadings), we find no basis for reversal.

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, Chief Judge, United States District Court for the district of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.